UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 2, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19CR00209-WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PEDRO GARCIA, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __PEDRO GARCIA__ , Case No. __2:19CR00209-WBS__ , Charge __18USC § 922(o)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $__

   ✔ Unsecured Appearance Bond $__100,000.00__

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)  __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

**The defendant shall be released December 3, 2019 at 9:00 a.m. to the Pretrial Services Officer**

Issued at __Sacramento, CA__ on __December 2, 2019__ at __2:38 pm__ .

            By  /s/ Carolyn K. Delaney
               Carolyn K. Delaney
               United States Magistrate Judge

Copy 2 - Court