DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PEDRO GARCIA,<br><br>    Defendant. | CASE NO.  2:19-CR-0209 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: January 13, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 13, 2020; and time for computation under the Speedy Trial Act was excluded until that date.

2. By this stipulation, defendant now seeks to continue the status conference until March 23, 2020 at 9:00 a.m. in Courtroom 5 (WBS) and to exclude time between January 13, 2020 and March 23, 2020, under Local Code T4, to which the government stipulates.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery currently associated with this case consists of 864 numbered pages, which includes investigative reports and related documents, photographs; and, video and audio recordings to defense counsel.

   b) Counsel for defendant desires additional time to consult with his client, to conduct

investigation, and to receive additional discovery and to review the discovery in this matter.  Mr. Garcia was ordered as a condition of his release to participate in the substance abuse program at Wellspace inpatient facility for a minimum of 90 days.  Counsel for defendant has not seen his client since he has been at the Wellspace facility to review the discovery that has been provided.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2020 to March 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  January 6, 2020         McGREGOR W. SCOTT
                    United States Attorney

                    /s/ QUINN HOCHHALTER
                    QUINN HOCHHALTER
                    Assistant United States Attorney

Dated: January 6, 2020 /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Attorney for Defendant
PEDRO GARCIA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE