| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-209 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PEDRO GARCIA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 23, 2020.

2. By this stipulation, defendant now moves to continue the status conference until May 11, 2020, and to exclude time between March 23, 2020, and May 11, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and physical evidence. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the discovery, conduct its own investigation, interview witnesses, and otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| 1 | c) Counsel for defendant believes that failure to grant the above-requested |
| 2 | continuance would deny him/her the reasonable time necessary for effective preparation, taking |
| 3 | into account the exercise of due diligence. |
| 4 | d) The government does not object to the continuance. |
| 5 | e) Based on the above-stated findings, the ends of justice served by continuing the |
| 6 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 7 | original date prescribed by the Speedy Trial Act. |
| 8 | f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 9 | et seq., within which trial must commence, the time period of March 23, 2020 to May 11, 2020, |
| 10 | inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] |
| 11 | because it results from a continuance granted by the Court at defendant's request on the basis of |
| 12 | the Court's finding that the ends of justice served by taking such action outweigh the best interest |
| 13 | of the public and the defendant in a speedy trial. |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: March 16, 2020

/s/ Q. Hochhalter for David Dratman
David Dratman
Counsel for Defendant
PEDRO GARCIA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE