PHILLIP A. TALBERT
Acting United States Attorney
JILL THOMAS
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00209 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PEDRO GARCIA, | DATE: June 28, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

## BACKGROUND

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 28, 2021.

2. By this stipulation, defendant now moves to continue the status conference until August 30, 2021 at 9:00 a.m., and to exclude time between June 28, 2021, and August 30, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case, to date, includes investigative reports, photographs, and physical evidence. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, discuss potential resolutions with his client, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 28, 2021 to August 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 23, 2021
PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXIS NELSEN
ALEXIS NELSEN
Assistant United States Attorney

//
//
//

Dated: June 23, 2021
/s/ DAVID W. DRATMAN

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

DAVID W. DRATMAN
Counsel for Defendant
PEDRO GARCIA

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the June 28, 2021, status conference and resets the matter for a status conference on August 30, 2021, at 9:00 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between June 28, 2021, and August 30, 2021, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from June 28, 2021, to and including August 30, 2021, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED.

Dated: June 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE