DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PEDRO GARCIA,

        Defendant.

**CASE NO.  2:19-CR-0209 WBS**

**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Based upon the defendant's admitted continued marijuana use through August 2021 while subject to supervision, the government, through its attorneys of record and the defendant, through his attorney of record, with the agreement of Pretrial Services, stipulate and agree to the following modification of the defendant's conditions of release:

1. **You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, U.S. Magistrate Judge, as directed by Pretrial Services.**

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

1     **IT IS SO STIPULATED:**

2

3     Dated:   August 30, 2021                                /s/ David W.  Dratman
                                                              DAVID W. DRATMAN
4                                                             Attorney for Defendant
5                                                             PEDRO GARCIA

6

7     Dated:   August 30, 2021                                /s/ David W.  Dratman for
                                                              ALEXIS NELSEN
8                                                             Assistant United States Attorney
9                                                             Counsel for Plaintiff

10                                **ORDER**

11

12    **IT IS SO ORDERED.**

13

14    Dated:  August 30, 2021

15                                                            _____
16                                                            CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28