PHILLIP A. TALBERT
Acting United States Attorney
JILL THOMAS
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GARCIA,<br><br>Defendant. | CASE NO. 2:19-CR-00209 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 20, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on September 20, 2021.

2. By this stipulation, defendant now moves to continue the status conference until October 4, 2021 at 9:00 a.m., and to exclude time between September 20, 2021, and October 4, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case, to date, includes investigative reports, photographs, and physical evidence. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, discuss potential resolutions with his client, and to otherwise prepare for trial.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2021 to October 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: September 15, 2021         PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           /s/ ALEXIS NELSEN
                                           ALEXIS NELSEN
                                           Assistant United States Attorney

Dated: September 15, 2021         /s/ DAVID W. DRATMAN
                                           DAVID W. DRATMAN
                                           Counsel for Defendant
                                           PEDRO GARCIA

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the September 20, 2021, status conference and resets the matter for a status conference on October 4, 2021, at 9:00 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between September 20, 2021, and October 4, 2021, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from September 20, 2021, to and including October 4, 2021, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED.

Dated: September 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE