```
PHILLIP A. TALBERT
Acting United States Attorney
JILL THOMAS
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00209 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| PEDRO GARCIA, | DATE: October 4, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 4, 2021.

2. By this stipulation, defendant now moves to continue the status conference until November 1, 2021 at 9:00 a.m., and to exclude time between October 4, 2021, and November 1, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case, to date, includes investigative reports, photographs, and physical evidence. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, discuss potential resolutions with his client, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2021 to November 1, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 29, 2021                   PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             /s/ ALEXIS NELSEN
                                             ALEXIS NELSEN
                                             Assistant United States Attorney

Dated:  September 29, 2021                   /s/ DAVID W. DRATMAN
                                             DAVID W. DRATMAN
                                             Counsel for Defendant
                                             PEDRO GARCIA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the October 4, 2021, status conference and resets the matter for a status conference on November 1, 2021, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between October 4, 2021, and November 1, 2021, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from October 4, 2021, to and including November 1, 2021, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED.

Dated:  September 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE