DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GARCIA,<br><br>Defendant. | **CASE NO.  2:19-CR-0209 WBS**<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Based upon the defendant's admitted continued marijuana use through October 2021 while subject to supervision, the government, through its attorneys of record and the defendant, through his attorney of record, with the agreement of Pretrial Services, stipulate and agree to the following modification of the defendant's conditions of release:

1. Commencing on or about November 2, 2021, you must participate in the substance abuse treatment program at Turning Point inpatient substance abuse program and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;
    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

- 2 -

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

**IT IS SO STIPULATED:**

Dated:  October 25, 2021                                  /s/ David W. Dratman
                                                                DAVID W. DRATMAN
                                                                Attorney for Defendant
                                                                PEDRO GARCIA

Dated:  October 25, 2021                                  /s/ David W. Dratman for
                                                                ALEXIS NELSEN
                                                                 Assistant United States Attorney
                                                                Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 25, 2021

                                                               KENDALL J. NEWMAN
                                                               UNITED STATES MAGISTRATE JUDGE