DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>PEDRO GARCIA,<br><br>　　　　　　　　Defendant. | 2:19-CR-00209-WBS<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |

By this stipulation, the defendant seeks to continue judgment and sentencing from January 18, 2022, to April 25, 2022.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for January 18, 2022 at 9:00 a.m. be continued to **April 25, 2022 at 9:00 a.m**.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April 25, 2022 |
| Reply, or Statement of Non-Opposition: | April 18, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 11, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 4, 2022 |
| Counsel's written objections to the Presentence Report shall be | |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. PEDRO GARCIA*
[2:19-CR-00209 WBS]

| | |
|---|---|
| delivered to the Probation Officer and opposing counsel no later than: | March 28, 2022 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 14, 2022 |

DATED: JANUARY 3, 2022           /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 PEDRO GARCIA

DATED: JANUARY 3, 2022           PHILLIP A. TALBERT
                                 United States Attorney

                                 By: /s/ Alexis Nelsen*
                                 ALEXIS NELSEN

                                 Assistant U.S. Attorney
                                 *Signed with permission

## ORDER

IT IS SO ORDERED.

Dated: January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE