PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GARCIA,<br><br>Defendant. | CASE NO. 2:19-CR-00209 WBS<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND RELATED DATES<br><br>DATE: April 25, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby request and stipulate to continue judgment and sentencing in this matter to June 27, 2022, at 9:00 am. The parties further request the following schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | June 27, 2022 |
| Reply, or Statement of Non-Opposition: | June 20, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 13, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 6, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later | |

STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING AND RELATED DATES

1

| | |
|---|---|
| than: | May 31, 2022 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | May 16, 2022 |

IT IS SO STIPULATED.

Dated:  April 18, 2022                              PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                    /s/ ALEXIS KLEIN
                                                    ALEXIS KLEIN
                                                    Assistant United States Attorney

Dated:  April 18, 2022                              /s/ DAVID W. DRATMAN
                                                    DAVID W. DRATMAN
                                                    Counsel for Defendant
                                                    PEDRO GARCIA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  April 20, 2022

                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE