```
PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>PEDRO GARCIA,<br><br>                 Defendant. | CASE NO. 2:19-CR-00209 WBS<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND RELATED DATES<br><br>DATE: June 27, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby request and stipulate to continue judgment and sentencing in this matter to October 31, 2022, at 9:00 am. The parties further request the following schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | October 31, 2022 |
| Reply, or Statement of Non-Opposition: | October 24, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 17, 2022 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | October 11, 2022 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later | |

| | |
|---|---|
| than: | October 3, 2022 |
| The draft Presentence Report shall be disclosed to counsel no later than: | September 19, 2022 |

IT IS SO STIPULATED.

Dated:  June 22, 2022						PHILLIP A. TALBERT
								United States Attorney


								/s/ ALEXIS KLEIN
								ALEXIS KLEIN
								Assistant United States Attorney


Dated:  June 22, 2022						/s/ DAVID W. DRATMAN
								DAVID W. DRATMAN
								Counsel for Defendant
								PEDRO GARCIA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.


Dated:  June 22, 2022						_____
								WILLIAM B. SHUBB
								UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE JUDGMENT AND
SENTENCING AND RELATED DATES

2