DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                 Plaintiff,

v.

PEDRO GARCIA,

                 Defendant.

2:19-CR-00209 WBS

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

By this stipulation, the defendant seeks to continue judgment and sentencing from October 31, 2022, to February 6, 2023, at 9:00 a.m.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for October 31, 2022, at 9:00 a.m. be continued to February 6, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | February 6, 2023 |
| Reply, or Statement of Non-Opposition: | January 30, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 23, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 16, 2023 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES V. PEDRO GARCIA*
**[2:19-CR-00209 WBS]**

| | |
|---|---|
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 9, 2023 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 26, 2022 |

DATED: OCTOBER 24, 2022        /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               PEDRO GARCIA

DATED: OCTOBER 24, 2022        PHILLIP A. TALBERT
                               United States Attorney

                               By: /s/ Alexis Klein*
                               ALEXIS KLEIN
                               Assistant U.S. Attorney
                               *Signed with permission

## ORDER

IT IS SO ORDERED

Dated: October 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE