PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00209 WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND RELATED DATES |
| v. | DATE: May 15, 2023 |
| PEDRO GARCIA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Pedro Garcia, by and through defendant's counsel of record, David Dratman, hereby request and stipulate to continue judgment and sentencing in this matter to July 17, 2023, at 9:00 am.

This matter was recently reassigned to a new probation officer, and counsel for the defendant has a number of jury trials in the coming weeks and months. A new pre-sentence report needs to be prepared, and the defense requests additional time to aid in that preparation, as well as their own preparation for sentencing in this matter. The government has no objection.

The parties further request the following schedule be adopted:

Judgment and Sentencing Date: **July 17, 2023, 9:00 a.m.**

Reply, or Statement of Non-Opposition: July 10, 2023

///

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 03, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 19, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | June 5, 2023 |

IT IS SO STIPULATED.

Dated: May 10, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: May 10, 2023

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
PEDRO GARCIA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE