DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>PEDRO GARCIA,<br><br>        Defendant. | 2:19-CR-00209 WBS<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

By this stipulation, the defendant seeks to continue judgment and sentencing from July 17, 2023, to October 16, 2023, at 9:00 a.m.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for July 17, 2023, at 9:00 a.m. be continued to October 16, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | **October 16, 2023, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | October 9, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 2, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 25, 2023 |

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   September 18, 2023

The proposed Presentence Report shall be disclosed to counsel no later than:   September 4, 2023

DATED: July 12, 2023

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
PEDRO GARCIA

DATED: July 12, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Alexis Klein*
ALEXIS KLEIN
Assistant U.S. Attorney
*Signed with permission

ORDER

IT IS SO ORDERED.

Dated: July 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** *UNITED STATES V. PEDRO GARCIA*
**[2:19-CR-00209 WBS]**