DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00209 WBS |
|---|---|
| Plaintiff, v. | STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |
| PEDRO GARCIA, | |
| Defendant. | |

By this stipulation, the defendant seeks to continue judgment and sentencing from October 16, 2023 to January 8, 2024 at 9:00 a.m. The government does not object to this continuance. Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties, with the concurrence of the Probation Department, that the Judgment and Sentencing scheduled for October 16, 2023, at 9:00 a.m. be continued to **January 8, 2024, at 9:00 a.m**.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | **January 8, 2024, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | January 2, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 26, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 18, 2023 |

**STIPULATION AND [ORDER] RESETTING SENTENCING SCHEDULE**

*UNITED STATES V. PEDRO GARCIA*
**[2:19-CR-00209 WBS]**

| | |
|---|---|
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 11, 2023 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 27, 2023 |

DATED: October 10, 2023

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
PEDRO GARCIA

DATED: October 10, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Alexis Klein*
ALEXIS KLEIN
Assistant U.S. Attorney
*Signed with permission

## ORDER

IT IS SO ORDERED.

Dated: October 11, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE