DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PEDRO GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

  v.

PEDRO GARCIA,

                    Defendant.

2:19-CR-00209 WBS

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

By this stipulation, the defendant seeks to continue judgment and sentencing from January 8, 2024 to February 5, 2024 at 9:00 a.m.  The government does not object to this continuance.  Accordingly, IT IS HEREBY STIPULATED BETWEEN the parties that the Judgment and Sentencing scheduled for January 8, 2024, at 9:00 a.m. be continued to **February 5, 2024, at 9:00 a.m.**; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | **February 5, 2024, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | January 29, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 22, 2024 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 15, 2024 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**

*UNITED STATES V. PEDRO GARCIA*

**[2:19-CR-00209 WBS]**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     Completed

The proposed Presentence Report shall be disclosed to counsel no later than:     Completed

DATED: January 8, 2024

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
PEDRO GARCIA

DATED: January 8, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Alexis Klein*
ALEXIS KLEIN
Assistant U.S. Attorney
*Signed with permission

ORDER

IT IS SO ORDERED.

Dated: January 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE